■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE BROWN, Appellant. [33 NYS3d 910]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Garnett, J.), imposed May 12, 2014, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Stanley*, 99 AD3d 955 [2012]).

The defendant's contention that the Supreme Court improperly directed him to register under the Gun Offender Registration Act (Administrative Code of City of NY § 10-601 *et seq.*) may not be reviewed on this appeal because such registration is not "part of [the] defendant's sentence or subsumed within the judgment of conviction" (*People v Smith*, 15 NY3d 669, 673 [2010]; *see People v King*, 134 AD3d 546, 547 [2015]; *People v Rosa*, 85 AD3d 587 [2011]). Eng, P.J., Chambers, Austin, Roman and LaSalle, JJ., concur.